# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 3:16mj355 JGM
Cellular telephone bearing markings AT&T, GALAXY )
SIII, Samsung, IMEI 351873058989166, S/N )
R31DA06AP4E, and 16 GB ("subject telephone") )

FILED 2016 SEP 13 PM 2:56

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

subject telephone described in Attachment A

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute, and distribution of, controlled substances |
| 21 U.S.C. § 846 | Conspiracy to possess with the intent to distribute, and to distribute, controlled substances |

The application is based on these facts:

See Attached Affidavit of DEA Special Agent Jonah Mazzacane

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA Special Agent Jonah Mazzacane
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/13/16

/s/
*Judge's signature*

City and state: New Haven, Connecticut       Joan G. Margolis, United States Magistrate Judge
*Printed name and title*